JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRETT ALEXANDER HALE, | Case No. 5:23-cv-02348-JLS-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: December 11, 2023

_____
JOSEPHINE L. STATON
United States District Judge